# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# OXFORD DIVISION

**JAMES EARNEST WATTS**                                                           **PETITIONER**

**v.**                                           **No. 3:20CV139-NBB-JMV**

**JESSIE J. WILLIAMS**                                                         **RESPONDENTS**

## FINAL JUDGMENT

In accordance with the memorandum opinion issued today in this cause, the State's motion to dismiss is **GRANTED**, and the instant petition for a writ of *habeas corpus* is **DISMISSED** with prejudice and without evidentiary hearing as untimely filed under 28 U.S.C. § 2244(d).

**SO ORDERED**, this, the 21st day of April, 2021.

                                                                 /s/ Neal Biggers
                                                                  NEAL B. BIGGERS
                                                                  SENIOR U. S. DISTRICT JUDGE